UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KENTUCKY FARM BUREAU
MUTUAL INSURANCE COMPANY
(a/s/o James Q. Shaw), et al.                                                          PLAINTIFFS


v.                                                        CIVIL ACTION NO. 3:13-CV-00920-CRS


CNH AMERICA LLC                                                                         DEFENDANT


**MEMORANDUM OPINION AND ORDER**

      In the Court's December 9, 2015 memorandum opinion and order, ECF No. 30, the Court interpreted Kentucky's adoption of the economic loss rule. Based on legal authority in this Commonwealth, the Court interpreted that the rule does not apply to a transaction between a commercial seller and a consumer purchaser when the commercial seller initially purchased the product from another commercial seller.

      Defendant CNH America LLC ("CNH") now moves for partial reconsideration of the Court's memorandum opinion and order as it relates to the Court's interpretation of the economic loss rule, or, in the alternative, for the Court to certify the issue for review by the Kentucky Supreme Court or for immediate interlocutory appeal under 28 U.S.C. § 1292(b).

      In arguing for reconsideration, CNH does not propose arguments differing from its motion for summary judgment and subsequent reply. Under Fed. R. Civ. P. 54(b), this Court may revisit its interlocutory order "at any time before entry of a judgment adjudicating all the claims

and all the parties' rights and liabilities." The Court finds there is no reason to revise the December 9, 2015 memorandum opinion and order. The Court will deny CNH's motion to reconsider.

Under Kentucky Rule of Civil Procedure 76.37, the Court may certify "questions of [Kentucky] law … which may be determinative … and as to which it appears to the party or the originating court that there is no controlling precedent." The Court finds – as it did in its memorandum opinion – that existing Kentucky law supports its interpretation of Kentucky's adoption of the economic loss rule. Also, the Court notes that if CNH wished to seek certification of this discrete issue, it should have done so prior to filing the motion for summary judgment. The Court will deny CNH's motion to certify a question of law to the Kentucky Supreme Court.

Similarly, the Court declines to certify a question relating to the economic loss rule for immediate appeal to the Sixth Circuit Court of Appeals under 28 U.S.C. § 1291(b). The Court will deny CNH's motion to certify a question for interlocutory appeal.

The Court **DENIES** CNH's motion to for partial reconsideration, or, in the alternative, to certify the issue for review by the Kentucky Supreme Court or for immediate interlocutory appeal (DN 34).

**IT IS ORDERED.**

March 7, 2016

**Charles R. Simpson III, Senior Judge
United States District Court**